IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

JACK MOORMAN AND CAROL
MOORMAN                                                                                       PLAINTIFFS

VS.                                                                                           NO. 4:04CV-206LN

TOWER MANAGEMENT COMPANY; Et Al                                                DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THERE CAME ON BEFORE THE COURT** the motion ore tenus of the Plaintiffs and the Defendants, for the entry of a Final Judgment of Dismissal, with Prejudice, of the above styled and numbered cause, and the Court being advised that the parties have reached a compromise as to all claims herein, and being further advised in the premises, finds the Motion well taken and should be granted;

**IT IS, THEREFORE ORDERED** that the above styled and numbered cause be, and the same is hereby, dismissed, with prejudice, with each party bearing their own costs.

**SO ORDERED** this the 16th day of November, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM:

/s/Will Parker
WILL PARKER, ESQ.
Attorney for Plaintiffs

/s/Louis G. Baine, III
LOUIS G. BAINE, III, ESQ.
Attorney for Defendants